JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. GRAHAM<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. CV 11-06533-DMG (JCGx)<br><br>**JUDGMENT** |

This action came on regularly for a bench trial on November 14, 2012 in Courtroom 7 of the United States District Court for the Central District of California, District Judge Dolly M. Gee presiding. Plaintiff, Robert R. Graham, was represented by Robert L. Coit and Barbara Ann Landan. Defendant, United States of America, was represented by Robert F. Conte and Valerie L. Makarewicz.

After hearing the evidence and arguments of counsel, the Court rendered its verdict on February 28, 2013. [Doc. # 91.]

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT** judgment is entered in favor of Defendant United States of America and against Plaintiff

1  Robert R. Graham.  As the prevailing party, Defendant United States of America shall be
2  entitled to recover its reasonable costs of suit pursuant to 26 U.S.C. §7430(a).
3
4  DATED:  February 28, 2013
5
6  _____
   DOLLY M. GEE
7  UNITED STATES DISTRICT JUDGE